IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALDO VALTIERRA,

    Petitioner,                    JUDGMENT IN A CIVIL CASE

v.                                  Case No. 13-cv-499-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America denying as untimely petitioner Geraldo Valtierra's motion to vacate sentence under 28 U.S.C. § 2255.

    /s/                                                  7/17/2013
Peter Oppeneer, Clerk of Court                    Date