IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GERARDO VALTIERRA,<br>Petitioner-Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent-Appellee. | 13-cv-499-bbc<br><br>06-cr-126-bbc |

## NOTICE OF APPEAL

Notice is hereby given that GERARDO VALTIERRA, the petitioner-appellant in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment denying his 28 U.S.C. section 2255 motion entered in this action on September 24, 2013

Respectfully submitted,

This 23rd day of January, 2014; by:  *Gerardo Valtierra*
GERARDO VALTIERRA
Reg. No. 18810-424
FCI Greenville
P.O. Box 5000
Greenville, IL 62246

cc:   AUSA TIMOTHY O'SHEA
       (By first-class postage prepaid U.S. mail)